UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:21-CR-10136-001-DJC ) |
| FELIX GOROVODSKY, | ) ) |
| Defendant, | ) ) |
| *and* | ) ) |
| EASTERN BANK, | ) ) |
| Garnishee. | ) |

**AGREED ORDER RESOLVING GARNISHMENT AND RELATED RELIEF**

Upon consideration of the Agreed Motion Resolving Garnishment and Related Relief (the "Motion"), to which defendant Felix Gorovodsky has reviewed and assents to the relief requested, it is hereby:

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the writ of garnishment issued on February 21, 2024 (Doc. No. 47) is hereby released and vacated solely as to accounts ending in 5743 and 3347 and only for the specific purpose of making the lump sum payment required by the terms of this order; and it is further

ORDERED that, except as to accounts ending in 5743 and 3347, the writ of garnishment shall remain in full force and effect until the outstanding restitution balance of $198,187.25 is paid in full; and it is further

ORDERED that, within 30 days of the date of this order, the defendant shall access the home equity credit line available in accounts ending in 5743 and 3347 to make a lump sum payment in the amount of $198,187.25 to pay the outstanding restitution balance in full; and it is further

ORDERED that Eastern Bank shall only permit the lump sum payment required by the terms of this order to be released and paid; and it is further

ORDERED that the United States agrees to waive any and all accrued interest once the principal debt is paid in full; and it is further

ORDERED that the defendant shall make the lump sum payment of $198,187.25 by certified check, cashier's check, bank check, or money order (personal checks are **not** accepted), payable to "Clerk, United States District Court" and noting the above-referenced defendant's name and case number, and mail such payments to:

United States District Court
Clerk's Office, Clerk Accounting
1 Courthouse Way, Suite 2300
Boston, MA 02210

ORDERED that the hearing set for June 18, 2024 at 2:30 p.m. is cancelled; and it is further

ORDERED that the United States shall file an agreed motion to vacate the writ of garnishment as to all accounts subject to such writ, once the lump sum required to be paid by this order is paid and applied to the restitution balance.

Date: June 13, 2024

_/s/ Denise J. Casper_
Denise J. Casper
United States District Judge